IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SALLIE E. LILLY, )
 )
       Plaintiff, )
 )
v. )
 ) 1:08CV53
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
 )
       Defendant. )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on September 10, 2009, was served on the parties in this action. Plaintiff timely objected to the Recommendation.

The Court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a <u>de novo</u> determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Plaintiff's motion for summary judgment seeking a reversal of the Commissioner's decision [Docket No. 11] be **DENIED**, that the Defendant's motion for judgment on the pleadings [Docket No. 14] be **GRANTED**, that the Commissioner's decision finding no disability be **AFFIRMED**, and that this

action be **DISMISSED** with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 30th day of March, 2011.

                                                                  /s/ N. Carlton Tilley, Jr.
                                                                  Senior United States District Judge